McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $2,676,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $5,857.00 IN U.S. CURRENCY, and<br><br>REAL PROPERTY LOCATED AT 1111 21ST STREET, BAKERSFIELD, CALIFORNIA, KERN COUNTY, APN: 005-262-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendants. | CASE NO. 1:18-CV-01441-AWI-JLT<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 9, 2019 TO APRIL 10, 2019 |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from January 9, 2019 to April 10, 2019.

**Introduction**

On October 17, 2018, the United States filed a civil forfeiture complaint *in rem* against the above-captioned assets ("defendant assets"), based on their involvement in federal drug law violations. The United States has discovered and is in the midst of serving all known potential claimants to the defendant assets in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and

the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 13, 2018, and will run for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Proof of service by publication will be filed with the Court once publication has completed.

## Good Cause

The United States is in the process of providing notice to all potential claimants pursuant to law. Specifically, the United States has commenced service of the complaint documents to potential claimants Suhailia Salaman Kamar, Grace Michel Kamar, Issa Mikhael Kamar, Waheed Boktor, and G.I.J. Investement Group, Inc. by certified and first class mail, as well as personal service.

The United States intends to complete service by all means and manner of service and allow statutory and reasonable time for any or all potential claimants to make their appearances in this case.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to April 10, 2019 (or to another date the Court deems appropriate).

Thus, good cause exists to extend the deadline to file a joint status report in this case from January 9, 2019 to April 10, 2019, or to a date the Court deems appropriate.

Respectfully submitted,

Dated: December 21, 2018

McGREGOR W. SCOTT
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on January 9, 2019 is extended to April 10, 2019.  The Mandatory Scheduling Conference is continued from January 16, 2019 to April 22, 2019.

**IT IS SO ORDERED.**

Dated:  12/26/18

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE