McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CV-01441-AWI-JLT |
|---|---|
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM APRIL 10, 2019 TO MAY 15, 2019 |
| v. | |
| APPROXIMATELY $2,676,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $5,857.00 IN U.S. CURRENCY, and | |
| REAL PROPERTY LOCATED AT 1111 21ST STREET, BAKERSFIELD, CALIFORNIA, KERN COUNTY, APN: 005-262-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from April 10, 2019 to May 15, 2019.

**Introduction**

On October 17, 2018, the United States filed a civil forfeiture complaint *in rem* against the above-captioned assets ("defendant assets"), based on their involvement in federal drug law violations. The United States has discovered and is in the midst of serving all known potential claimants to the defendant assets in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and

the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 13, 2018, and will run for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The government has completed it publication requirements a declaration in support was filed with the Court on January 14, 2019. *See* ECF No. 9.

Further, the government has posted the forfeiture complaint at the defendant property in Bakersfield, California. *See* ECF No. 11. The government's posting of the property is required pursuant to 18 U.S.C. § 985 and is now complete.

## **Good Cause**

The United States has provided notice to all potential claimants pursuant to law, has posted the complaint at the defendant property, and published notice on the internet. Specifically, the United States served the complaint documents on potential claimants Suhailia Salaman Kamar, Grace Michel Kamar, Issa Mikhael Kamar, Waheed Boktor, and G.I.J. Investement Group, Inc. by certified and first class mail, as well as personal service.

Counsel for Suhailia Kamar and a number of related entities has contacted the government concerning filing a claim and answer in this case. As set forth in the complaint, Ms. Kamar's husband passed away while awaiting trial on criminal charges in the Eastern District of California. Ms. Kamar's counsel requested an extension of time to file a claim and answer so that they could gather sufficient documentation concerning the businesses and Mr. Kamar's affairs. The government agreed that Ms. Kamar (and related entities) could have additional time to file their claim. Their current deadline to file a claim is May 1, 2019.

This brief extension to the joint status report deadline will allow Ms. Kamar to continue her document collection efforts and potential enter the case. For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to May 15, 2019 (or to another date the Court deems appropriate).

///

///

///

Thus, good cause exists to extend the deadline to file a joint status report in this case from April 10, 2019 to May 15, 2019, or to a date the Court deems appropriate.

Respectfully submitted,

Dated: April 9, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on April 10, 2019 is extended to May 15, 2019. The Mandatory Scheduling Conference is continued from April 22, 2019 to May 28, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **April 10, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE