PAUL L. GABBERT, SBN 74430
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
Telephone:  424-272-9575
Facsimile:    310-395-3884
PLGabbert@aol.com

Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone:  (310) 699-8051
Fax:  (310) 943-2220

Attorneys for Claimant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CV-01441-AWI-JLT |
| Plaintiff, | CLAIM OPPOSING FORFEITURE |
| vs. | |
| APPROXIMATELY $2,676,000.00 IN U.S. CURRENCY, *et al.*, | |
| Defendants. | |
| THE ESTATE OF MIKHAEL ISSA KAMAR, | |
| Claimant. | |

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant demands restitution of the defendant real property and claims the right to defend this action.

///

///

///

1     Claimant's status is that of a lawful owner of defendant real property located at 1111 21ST STREET, BAKERSFIELD, CALIFORNIA, KERN COUNTY, APN: 005-262-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 4, 2019

    THE ESTATE OF MIKHAEL ISSA KAMAR
As a Shareholder of G.I.J. Investment Group, Inc.
the owner of the real property
By: SUHAILA KAMAR, Special Administrator
of the Estate of Mikhael Issa Kamar