UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $2,676,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $5,857.00 IN U.S. CURRENCY, and<br><br>REAL PROPERTY LOCATED AT 1111 21ST STREET, BAKERSFIELD, CALIFORNIA, KERN COUNTY, APN: 005-262-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>              Defendants. | CASE NO. 1:18-CV-01441-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR THE CLAIMANT'S RESPONSIVE PLEADING<br>(Doc. 28) |

Based upon the agreement of the parties (Doc. 21), the Court **ORDERS**:

1. The claimants SHALL file their responsive pleading no later than August 12, 2019.

IT IS SO ORDERED.

Dated: __**June 24, 2019**__                    __**/s/ Jennifer L. Thurston**__
                                                                            UNITED STATES MAGISTRATE JUDGE