PAUL L. GABBERT (CSBN 74430)
1717 Fourth Street
Third Floor
Santa Monica, CA 90401
PLGabbert@aol.com
Telephone: 424-272-9575
Facsimile: 310-395-3884

Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

Attorneys for Claimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $2,676,000.00 IN U.S. CURRENCY, et al.,<br><br>Defendant.<br><br>SUHAILA KAMAR, INDIVIDUALLY AND AS A SHAREHOLDER OF G.I.J. INVESTMENT GROUP, INC., THE ESTATE OF MIKHAEL ISSA KAMAR, INDIVIDUALLY AND AS A SHAREHOLDER OF G.I.J. INVESTMENT GROUP, INC. AND G.I.J. INVESTMENT GROUP, INC.,<br><br>Claimants | No. CASE NO. 1:18-CV-01441-AWI-JLT<br><br>STIPULATION AND ORDER EXTENDING TIME FOR CLAIMANTS TO FILE AN ANSWER OR RULE 12 MOTION IN RESPONSE TO COMPLAINT FOR FORFEITURE |

It is hereby stipulated by and between the UNITED STATES OF AMERICA ("Plaintiff") and

claimants SUHAILA KAMAR, AND AS A SHAREHOLDER OF G.I.J. INVESTMENT

GROUP, INC., THE ESTATE OF MIKHAEL ISSA KAMAR, INDIVIDUALLY AND AS A

1

SHAREHOLDER OF G.I.J. INVESTMENT GROUP, INC. AND G.I.J. INVESTMENT GROUP, INC. ("Claimants"), by and through their respective counsel, as follows:

1. On October 17, 2018 Plaintiff filed a Verified Complaint for Civil Forfeiture In Rem in this action;

2. On June 6, 2019, Claimants filed verified Claims to the defendant currency and real property;

3. Rule G(5)(b) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions provides that a claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim;

4. Pursuant to the above Rule, Claimants ordinarily would have to file an answer to the Complaint or Rule 12 motion on or before June 27, 2019;

5. Plaintiff and Claimants, however, are in the process of attempting to determine whether this action may be resolved prior to filing a response to the Complaint, and wish to extend the time for Claimants' response;

6. Accordingly, the parties agree that the deadline by which Claimants shall be required to file an answer to the Complaint or Rule 12 motion shall be extended to August 12, 2019.

Dated: June 21, 2019

                                          PAUL L. GABBERT
                                          LAW OFFICE OF ERIC HONIG

                                          By: /s/ Paul L. Gabbert
                                                   PAUL L. GABBERT

                                          McGREGOR W. SCOTT
                                          United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

(Authorized by e-mail)

IT IS SO ORDERED.

Dated: June 24, 2019

_____
SENIOR DISTRICT JUDGE