McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CV-01441-AWI-JLT |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE AND CERTIFICATE OF REASONABLE CAUSE |
| APPROXIMATELY $2,676,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $5,857.00 IN U.S. CURRENCY, and | |
| REAL PROPERTY LOCATED AT 1111 21ST STREET, BAKERSFIELD, CALIFORNIA, KERN COUNTY, APN: 005-262-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

Based upon the allegation set forth in the Complaint for Forfeiture *In Rem* filed October 17, 2018, and the Stipulation for Dismissal With Prejudice filed concurrently herewith, the Court enters this dismissal and Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was probable cause for the posting and/or seizure of the defendant real property and defendant currency, and for the commencement and prosecution of this forfeiture action.

All parties shall bear their own costs and attorney's fees.

///

1    Within seven (7) days, the government shall record a withdrawal of the lis pendens against the
2    defendant real property.
3    The defendant currency shall be returned to claimants within 15 days (pursuant to 28 U.S.C. §
4    2465(a)(1)) through their attorneys of record, payable to the Attorney-Client Trust Account of Paul L.
5    Gabbert, including all accrued interest (pursuant to 28 U.S.C. § 2465(b)(1)(C)).
6    All matters presently on calendar are vacated.

IT IS SO ORDERED.

Dated:   August 29, 2019                              _____
                                                                            SENIOR DISTRICT JUDGE